DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BATTLE v. NASH TECH.

No. 327P89

Case below: 94 N.C.App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

COATS v. ECKERT

No. 242PA89

Case below: 93 N.C.App. 792

Petition by defendant (Eckert) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1989.

FEDERAL LAND BANK v. BREWER

No. 354P89

Case below: 94 N.C.App. 780

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

HARRIS v. BROWN

No. 244P89

Case below: 94 N.C.App. 223

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

KIRBY BLDG. SYSTEMS v. McNIEL

No. 222PA89

Case below: 91 N.C.App. 444; 89SC181PC

Petition by plaintiff for writ of certiorari to review the order of the Court of Appeals denying certiorari in that court allowed 27 June 1989.